582 A.2d 1003
STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PETRO RADZIWIL, DEFENDANT–APPELLANT.

Argued October 23, 1990—Decided December 11, 1990.

*William E. Norris,* Designated Counsel, argued the cause for appellant (*Wilfredo Caraballo,* Public Defender, attorney).

*Janet Flanagan,* Deputy Attorney General, argued the cause for respondent (*Robert J. Del Tufo,* Attorney General of New Jersey, attorney).

PER CURIAM

The judgment is affirmed, substantially for the reasons expressed in the opinion of the Appellate Division, reported at 235 *N.J.Super.* 557, 563 *A.*2d 856 (1989).

*For affirmance* Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK, O'HERN, GARIBALDI, and STEIN—7.

*Opposed*—none.